# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131110

DANIEL B. RINK, CATHERINE RINK,
CATHERINE RINK REVOCABLE TRUST,
RICHARD L. BISHOP, MARCIA A. BISHOP,
CARL BLAUWKAMP, CARRIE BLAUWKAMP,
LAVERNE BRUMMEL, MARCIA BRUMMEL,
ANTHONY CASTILLO, VIRGINIA CASTILLO,
RANDALL DEWILDE, LISA A. DEWILDE,
PATRICK J. DIETRICH, CHERYL A. DIETRICH,
ROBERT L. FERGUSON, BARBARA A. FERGUSON,
ELIZABETH L. KRIMENDAHL, ROJELIO
MARTINEZ, ANGELA MARTINEZ, DAVID
NORTHROP, SHERYL NORTHROP, JOHN
RUGGIERO, NANDA RUGGIERO, BARBARA L.
SCAFFEDE, BARBARA L. SCAFFEDE
DECLARATION OF TRUST, DALE TERPSTRA,
MARY TERPSTRA, PHILLIP H. TUCKER,
BARBARA A. TUCKER, DEANNA VAN DYKE,
FRANCISCO W. YARDE, AMY M. YARDE,
STEVEN E. VANDER VEEN, EILEEN E.
VANDER VEEN, KRISTINE E. KORTMAN,
MARK KORTMAN, JOYCE E. KORTMAN,
JOYCE E. KORTMAN TRUST, THOMAS C.
SLANEC and COREEN D. SLANEC, and
FOREST BEACH EASEMENT HOLDERS, LLC,
          Plaintiffs-Appellants,

v

                                        SC: 131110
                                        COA: 265517
                                        Allegan CC: 04-036238-CZ

RICHARD S. RATCLIFF and PATRICIA
C. RATCLIFF,
          Defendants-Appellees.
_____/

On order of the Court, the application for leave to appeal the March 23, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2006

_____
Clerk

s0920